ACCEPTED
01-15-00471-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 5:13:38 PM
CHRISTOPHER PRINE
CLERK



# CANTRELL & CANTRELL

**Carol A. Cantrell**
Managing Member

Board Certified-Tax Law
Estate Planning and Probate Law
Texas Board of Legal Specialization

3700 Buffalo Speedway, Suite 520
Houston, Texas 77098
Main (713) 333-0555
Fax (713) 333-0550
cctaxlaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 5:13:38 PM
CHRISTOPHER A. PRINE
Clerk

July 16, 2015

Clerk of the First Court of Appeals
Houston, TX 77002

Re: Cause No. 01-15-00471-CV, In Re Daniel W. Warren

Dear Clerk:

Please note that Relator intends to file a Reply Brief in the above referenced Cause No. 01-15-00471-CV, *In Re Daniel W. Warren* on Monday July 20, 2015. Relator's Reply Brief will respond to the points raised in the Real Party in Interest's Response Brief, which was filed on Friday, July 10, 2015.

Sincerely,

*Carol Cantrell*

Carol A. Cantrell